## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| VANESSA GRAY, as mother of Briana Arford, deceased, and Special Administrator of Estate of Briana Arford, deceased | * * * * * | |
| Plaintiff | * | NO: 3:11CV00091 SWW |
| | * | |
| V. | * | |
| | * | |
| BNSF Railway Company, et al. | | |
| Defendant | | |

## **ORDER**

Before the Court is Defendants' unopposed motion to continue the trial date, currently set for May 7, 2012. The motion (docket entry #10) is GRANTED. A new trial date will be set by separate order.

IT IS SO ORDERED THIS 13th DAY OF MARCH, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE