**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

| | |
|---|---|
| **VANESSA GRAY, AS MOTHER OF BRIANA ARFORD, DECEASED, AND AS GUARDIAN FOR AUSTIN ARFORD, A MINOR, AND AS THE SPECIAL ADMINISTRATOR OF THE ESTATE OF BRIANA ARFORD, DECEASED** | **PLAINTIFF** |
| **v.** No. 3:11CV00091 KGB | |
| **BNSF RAILWAY COMPANY, DEWAYNE A. GRAVES, RANDY E. BUCKNER, HOSIE GLADNEY, and KIM WILLIAMS** | **DEFENDANTS** |

## ORDER OF DISMISSAL WITH PREJUDICE

Having been notified that a settlement has been reached in this matter and approved by the probate court, the Court finds that this case should be dismissed in its entirety. The complaint, the amended complaint, and all claims in this action are hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

SO ORDERED this 19th day of March, 2013.

_____
Kristine G. Baker
United States District Judge